**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Nova Security Group, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **46-1501212** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **PO Box 3755** <br> **Gulf Shores, AL 36547-3755** <br> Number, Street, City, State & ZIP Code <br><br> **Baldwin** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership <br><br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925(amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

         Contact name  _____

         Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February  8, 2016**
                MM / DD / YYYY

**X** /s/ Richard K. Bastin, Sr.                     Richard K. Bastin, Sr.
Signature of authorized representative of debtor      Printed name

Title     **President**

**18. Signature of attorney**

**X** /s/ Irvin Grodsky                     Date **February  8, 2016**
Signature of attorney for debtor                   MM / DD / YYYY

**Irvin Grodsky**
Printed name

▮▮▮▮▮▮▮▮▮▮▮▮▮
Firm name

**454 Dauphin St**
**Mobile, AL 36602-2404**
Number, Street, City, State & ZIP Code

Contact phone _____     Email address  **igrodsky@irvingrodskypc.com**

_____
Bar number and State

**United States Bankruptcy Court**
**Southern District of Alabama, Mobile Division**

IN RE:                                                    Case No. _____

Nova Security Group, Inc. _____     Chapter **11** _____
                           Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **February 8, 2016** _____     Signature: **/s/ Richard K. Bastin, Sr.** _____
                                                       **Richard K. Bastin, Sr., President**
                                                                                            Debtor


Date: _____     Signature: _____
                                                                                    Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Arthur Curtis (A.C.) Nunn
4297 Judge Brown Rd
Valley, AL  36854-7450


Bobby Payne & Mary Kathryn Lepper
5204 Lake Ct
Brentwood, TN  37027-5107


Brian Adrian Dillard
449 Wahoo Valley Rd
Kingsport, TN  37663-3901


Bridges Consulting, Inc.
PO Box 1148
Orange Beach, AL  36561-1148


Bruce Alan Jacoby
6839 Martin Rd
Baxter, TN  38544-4857


Bruce Eric Rhoades
1730 Buckhorn Ln
Neenah, WI  54956-1679


Byron Craig Townsend
78 Spotted Dolphin Dr
Santa Rosa Beach, FL  32459-3627

```
C. Andrew Harrell, Esq.
PO Box 4850
Gulf Shores, AL  36547-4850


Christopher L. Whestone, Esq.
201 Beacon Pkwy W Ste 400
Birmingham, AL  35209-3129


Clair Dean Hansen
18663 Cape Fear Blvd
Foley, AL  36535-4106


Craig Harold Unger
Unger Security Solutions, LLC
1104 Silver Run Pl
Knoxville, MD  21758-1038


Daphne Kay Havens
981 Highway 98 E Unit 3170
Destin, FL  32541-2584


David E. Jones
1701 Regency Rd # 126
Gulf Shores, AL  36542-3445


David Earl Jones
1701 Regency Rd # 126
Gulf Shores, AL  36542-3445
```

David Eugene Conradt
N5561 Pluger Rd
Shiocton, WI  54170-9036


David Family Trust
3824 Grand Key Dr
Orange Beach, AL  36561-3313


David John & Christine Marie Mack, Jt.
222 N Oakwood Rd
Oshkosh, WI  54904-7802


Donald Terrell Stewart
3913 Pringle Dr
Mobile, AL  36618-1328


Edgardo Bosch
10203 Longview Dr
Foley, AL  36535-9116


Edward Carl & Nancy Jean Zierke, Jt.
3608 S Whip Poor Will Ln
Appleton, WI  54915-4576


Equity Trust Company Custodian
FBO Janice Marlene Cole Mills, IRA SEP
PO Box 3631
Orange Beach, AL  36561-7631

```
Equity Trust Company Custodian
FBO Bruce Alan Terry, IRA
1800 Timberly Rd E
Mobile, AL  36609-2620


Equity Trust Company Custodian
FBO Nancy Marie Green, IRA
1113 Hunting Creek Rd
Franklin, TN  37069-4755


Equity Trust Company Custodian
FBO Edgardo Bosch, IRA SEP
10203 Longview Dr
Foley, AL  36535-9116


Equity Trust Company Custodian
FBO Scott Jay Smith, SEP
609 Estates Dr
Gulf Shores, AL  36542-2784


Equity Trust Company Custodian
FBO Ronald Lee Lowery, IRA
5052 Greystone Way
Birmingham, AL  35242-6427


Equity Trust Company Custodian
FBO Jean Walsh Franz, SEP
16235 Bon Bay Dr
Gulf Shores, AL  36542-2907
```

Eurl Bayne Bridges
PO Box 1148
Orange Beach, AL  36561-1148


Gene Lackey Ballard
4411 Sonoma Cir
Niceville, FL  32578-4260


Global Consolidated Trading, Inc.
6216 Nethercombe Ct
McLean, VA  22101-3233


Gordon Gene & Cheri Glee Smith Trust
N6097 Forest Ridge Rd
Green Lake, WI  54941-9737


Greer Edward Fullerton, Jr.
512 Pinehurst Ave
Colonial Heights, VA  23834-3541


Greer Edward Fullerton, Sr.
512 Pinehurst Ave
Colonial Heights, VA  23834-3541


Greg Matthew & Jennifer Ann Cianciolo, J
795 Sundial Ln
Neenah, WI  54956-3575

```
Internal Revenue Servic
1110 Montlimar Dr Fl 3
Mobile, AL  36609-1723


Internal Revenue Service
c/o U.S. Attorney's
63 S Royal St Ofc
Mobile, AL  36602-3245


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346


James Allen Bullock
8875 Spanish Trl
Grand Bay, AL  36541-4355


James David Keller
16872 County Road 12 S
Foley, AL  36535-5333


James David Keller
3605 Commerce Ave
Fairfield, AL  35064-1437


James Michael Dyer
1320 Waverland Dr
Macon, GA  31211-1324
```

James Michael Tracy
7084 Old Overton Club Dr
Vestavia, AL  35242-2527


James Roger Kroncke
N8597 Navarino Rd
Black Creek, WI  54106-8818


James Virgil West IV
393 Greystone Glen Cir
Birmingham, AL  35242-7137


Jarima, Inc., and Alabama Corp.
PO Box 3631
Orange Beach, AL  36561-7631


Jason Edward Havens
981 Highway 98 E Unit 3170
Destin, FL  32541-2584


Jennifer Lynn LeBelle
801 Abbey Ln
Aumsville, OR  97325-9467


Jennifer Tara Garcia Wheat
8716 Tristan Dr
Jacksonville, FL  32210-9637

Jewel Helen Patterson
1322 New Hope Church Rd
Foxworth, MS  39483-4847


Joan Blevins
5202 Fairway One Dr
Valrico, FL  33596-8233


Jodi Richfield
6445 Old Clarksville Pike
Joelton, TN  37080-8825


Joel Daniel Rudman
1933 Cardinal Ln
Navarre, FL  32566-8342


John Morris & Pamela Dixon, tenants
609 Magnolia Cir
Gulf Shores, AL  36542-3427


John William Savage
5419 Little Acre Rd
Ebro, FL  32437-1223


Joseph Edward D'Aleo
620 Driftwood Point Rd
Santa Rosa Beach, FL  32459-3020

Joseph James & Erica Lynn Kroncke, Jt.
1542 Woods Edge Ln
Neenah, WI  54956-4594


Judith Neurauter Flanigan
389 Clubhouse Dr Apt W-3
Gulf Shores, AL  36542-3425


Julie Anne Smith
515 Juniper Ave
Niceville, FL  32578-3306


Julius Ellis Below
PO Box 6011
Gulf Shores, AL  36547-6011


Julius Ellis Talton
1111 Berkeley Rd
Selma, AL  36701-6857


Kathleen T. Dillon
47 Kinderkamack Rd
Park Ridge, NJ  07656-2114


Kenneth Edward Guard, Trustee
PO Box 7130
Fort Myers, FL  33919-0130

Kimberly Renee Brown
PO Box 97
Gulf Shores, AL  36547-0097


Ky Tracy & Kelly Jean Rasmussen, Jt.
1825 Orchard Ln
Oshkosh, WI  54902-6664


Lara Suzanne & Derek Galen Messer, Jt.
721 Hewitt St
Neenah, WI  54956-2836


Larry Allen & Mary Margaret Blair, Jt.
448 Eagle Pointe Dr
Pell City, AL  35128-7254


Leroy Patterson
1322 New Hope Church Rd
Foxworth, MS  39483-4847


Mark Richard & Rebecca Grace Habeck, Jt.
3301 Mockingbird Way
Oshkosh, WI  54904-7339


Marlene Yvonne & Steven Patrick Verwiel,
3404 Sheppard Dr
Oshkosh, WI  54904-6915

Mary Jane Havens Davis
10109 Winding Creek Ln
Fort Wayne, IN  46804-5230


Mary Moore Funk
6634 Willowbridge Dr
Fairhope, AL  36532-5565


McDermit Family Trust
4516 E Highway 20 # 225
Niceville, FL  32578-9755


Michael Murphy and
Patricia Angelle McMillan, Jt.
7565 Ohara Dr
Spanish Fort, AL  36527-5129


Micheal William Smith
515 Juniper Ave
Niceville, FL  32578-3306


Patricia Jane Brookins
5464 Savage Rd
Ebro, FL  32437-1287


Patricia Lee Kroncke
N8597 Navarino Rd
Black Creek, WI  54106-8818

Paul Robert Kroncke
W3650 Culbertson Rd
Seymour, WI  54165-8531


Peggy Taunten Nunn
4297 Judge Brown Rd
Valley, AL  36854-7450


Randy Lee & Angie Woldt, Jt.
2251 Willow Bend Ct
Oshkosh, WI  54904-7769


Richard K. and Maria M. Bastin, Jt.
PO Box 3753
Gulf Shores, AL  36547-3753


Richard Lee & Constance Evelyn
Patterson Gilmer, Jt.
334 Peninsula Blvd
Gulf Shores, AL  36542-8402


Robert Emmett O'Donnell
6201 County Road 6
Gulf Shores, AL  36542-2633


Robert G. Dumont
4641 SW Masefield St
Port Saint Lucie, FL  34953-8402

Robert Laddrick & Beverly Powell Griffin
PO Box 1852
Gulf Shores, AL  36547-1852


Roger Martine Orth
1 Hyde Park Rd
Pensacola, FL  32503-5830


Ronal Clifford David
3824 Grand Key Dr
Orange Beach, AL  36561-3313


Samuel Charles Vickroy
57 Kensington Ln
Destin, FL  32550-4221


Scott Douglas & Carol Denise Mays
10 Elizabeth Ln
Springville, AL  35146-6425


Stanley Clayton McDermit
1301 N Park Ave
Columbia, MS  39429-2205


Stanley Darrell Lawler
2900 Redmont Park Ln # 1A
Birmingham, AL  35205-2136

Stanley Edgar & Sharon Ellis Adams, Jt.
2112 Natalie Ln
Hoover, AL  35244-3310


Stanley Parks & Virginia Shotts Cole
2105 Springcress Dr
McKinney, TX  75070-5284


TCA Global Master Fund, LP
19950 W Country Club Dr Ste 101
Aventura, FL  33180-4605


Teresa Ann Sisco
1067 Highland Park Pl # 2017
Birmingham, AL  35242-2486


Terry Dean Rudberg
11848 Village Green Dr
Magnolia Springs, AL  36555-6811


Terry Stephen Vincent
301 Spanish Main
Spanish Fort, AL  36527-3043


Thomas Patrick Makurat
1771 Crown Dr
Oshkosh, WI  54904-6877

Thomas Wendell and
Tayna Leigh Boone Holland, Jt.
69 Spell Dr
Columbia, MS  39429-9172


Todd David Christie
1721 Doty St
Oshkosh, WI  54902-6947


Tony Lee Jones
2348 Foreman Ln
Waverly, OH  45690-9672


UBS Financial Services, Inc.
FBO James Virgil West, III, IRA
140 Broadway
New York, NY  10005-1108


Wanda Lou Bullock
8875 Spanish Trl
Grand Bay, AL  36541-4355


William Alexander & Peggie Perkins Prish
1332 W Fairway Dr
Gulf Shores, AL  36542-4122


William Curtis Gwthney
1339 Badham Dr
Birmingham, AL  35216-2939

William Daniel Keel
PO Box 608
Cullman, AL  35056-0608


World Business Lenders, LLC
120 W 45th St
New York, NY  10036-4041


Xiaoqi Wang
6216 Nethercombe Ct
McLean, VA  22101-3233